September 24, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

CITY OF HOUSTON, Appellant

NO. 14-12-00930-CV                          V.

ESTER MEDINA OWENS, Appellee

_____

This cause, an appeal from the order in favor of appellee, Ester Medina Owens, signed September 28, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, City of Houston, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.